# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **YVONNE TINIE STRINGFIELD, Individually and as Administrator of the Estate of MARY MARSH; JUDY JONES; LISA JONES; and WALTER T. MARSH**, <br><br> Plaintiffs, <br><br> v. <br><br> **GGNSC TIFTON, LLC; GOLDEN LIVING, INC.; and XYZ ENTITY d/b/a GOLDEN LIVING CENTER TIFTON,** <br><br> Defendants. | Civil Action No. 7:12-CV-18 (HL) |

## ORDER

In an order dated February 16, 2012, the Court directed Defendants GGNSC Tifton, LLC and XYZ Entity d/b/a Golden Living Center Tifton to file an amended notice of removal that established the citizenship of the Plaintiffs and of Defendant GGNSC Tifton, LLC. Defendants have done so, and the Court finds that it is proper for the case to move forward at this time.[1]

The Motion to Stay Discovery (Doc. 13) filed by Defendants GGNSC Tifton, LLC and XYZ Entity d/b/a Golden Living Center Tifton is granted. All discovery is stayed until the Court rules on Defendants' Motion to Dismiss, Compel Arbitration, and Stay Discovery (Doc. 8). Plaintiffs must file their response to the Motion to Dismiss no later than March 6, 2012. The due date for Defendants' reply is governed by the Local Rules.[2]

---

[1] Defendants contend that Golden Living, Inc. has been fraudulently joined.

[2] Defendants filed their Motion to Dismiss on January 27, 2012. Under the Local Rules, a party has 21 days plus three days for mailing to file a response. A period of twenty days

SO ORDERED, this 28th day of February, 2012.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh

---

passed between the filing of the Motion to Dismiss and the Court's order that stayed briefing on the Motion so the jurisdictional issue could be resolved. The Court presumes Plaintiffs' counsel began preparing a response during that time period. The Court is giving an additional seven days to Plaintiffs to file their response.