IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YVONNE TINIE STRINGFIELD, Individually, and as Administrator of the Estate of MARY MARSH, Judy Jones, Lisa Jones and Walter T. Marsh )))))<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>GGNSC TIFTON, LLC; GOLDEN LIVING, INC., and XYZ ENTITY d/b/a GOLDEN LIVING CENTER TIFTON )))<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 7:12-cv-00018-HL |

## STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Yvonne Tinie Stringfield, Individually, and as Administrator of the Estate of Mary Marsh, Judy Jones, Lisa Jones, and Walter T. Marsh, and Defendants GGNSC Tifton, LLC and XYZ Entity d/b/a Golden Living Center Tifton and hereby stipulate to the dismissal with Prejudice of this action against Defendants GGNSC Tifton, LLC; Golden Living, Inc. and XYZ Entity d/b/a Holden Living Center Tifton pursuant to Fed Rule Civ. Proc. 41(a)(1)(A).

Stipulated and agreed to this 3rd day of July, 2013.

10774836v.1

LEE | DURHAM, LLC

　/s Joseph P. Durham
Joseph P. Durham, Jr.
Georgia Bar No. 235524
David W. Orlowski
Georgia Bar No. 554325
*Attorneys for Plaintiffs*

1604 W. Third Avenue
Albany, GA 31707
(229) 431-3036
(229) 431-2249 (facsimile)

HAWKINS PARNELL
　THACKSTON & YOUNG LLP

*/s/ Marcus W. Wisehart*
David C. Marshall
State Bar No. 471512
Debra E. LeVorse
State Bar No. 242229
Marcus W. Wisehart
State Bar No. 771355
Attorney for Defendants GGNSC Tifton, LLC, and XYZ Entity d/b/a Golden Living Center Tifton

4000 SunTrust Plaza
303 Peachtree Street, N.E.
Atlanta, GA 30308-3243
Telephone:  (404) 614-7400
Facsimile:  (404) 614-7500
E-mail:  dmarshall@hptylaw.com
E-mail:  dlevorse@hptylaw.com
E-mail:  mwisehart@hptylaw.com

10774836v.1

<u>Certification</u>

    I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.

    This, the <u>3</u><sup>rd</sup> day of July, 2013.

                                              <u>*/s/ Marcus W. Wisehart*</u>
                                                 Marcus W. Wisehart

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| YVONNE TINIE STRINGFIELD, Individually, and as Administrator of the Estate of MARY MARSH, Judy Jones, Lisa Jones and Walter T. Marsh<br><br>Plaintiff,<br><br>v.<br><br>GGNSC TIFTON, LLC; GOLDEN LIVING, INC., and XYZ ENTITY d/b/a GOLDEN LIVING CENTER TIFTON<br><br>Defendants. | CIVIL ACTION<br>FILE NO. 7:12-cv-00018-HL |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel of record in the foregoing matter with a copy of **STIPULATION OF DISMISSAL** by depositing in the United States Mail a copy of same in an envelope with adequate postage thereon, addressed as follows:

David S. Eichholz
The Eichholz Law Firm, P.C.
530 Stephenson Avenue
Suite 200
Savannah, GA 31405

Golden Living, Inc.
c/o Anson Pryor
87 Southern Golf Court
Fayetteville, GA 30215

10774836v.1

This <u>3rd</u> day of July, 2013.

              <u>*/s/ Marcus W. Wisehart*  </u>
               Marcus W. Wisehart

10774836v.1